Christopher B. Adamson, Esq. (State Bar No. 238500)
Peter M. Williamson, Esq. (State Bar No. 97309)
**ADAMSON AHDOOT LLP**
1150 S. Robertson Blvd.
Los Angeles, California 90035
T: (310) 888-0024
F: (888) 895-4665
E: christopher@aa-llp.com
E: Peter@aa-llp.com

Attorneys for Plaintiff
DILLON CULLINAN


**MICHAEL N. FEUER**, City Attorney (111529x)
**KATHLEEN A. KEANALY**, Chief Assistant City Attorney
**SCOTT MARCUS**, Chief Deputy Civil Litigation Branch
**CORY M. BRENTE**, Senior Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney (SBN146602)
200 North Main Street, Room 600 City Hall East
Los Angeles, CA 90012
E: geoffrey.plowden@lacity.org
T: (213) 978-7038
F: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES, et al.,

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLON CULLINAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-10258 CBM (ASx)<br><br>**[PROPOSED] ORDER FOR PROTECTIVE ORDER FOR CONFIDENTIAL LAW ENFORCEMENT AGENCY RECORDS**<br><br>**[For Magistrate Judge Sagar's review and signature]** |

//

# **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court orders that the protective order, filed concurrently herewith, be in effect as of May 6, 2021.

**IT IS SO ORDERED**.

DATED: May 6, 2021

      / s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE