1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15
16
17
18
19
20
21

| DILLON CULLINAN, | CASE NO.: 2:20-cv-10258 CBM (ASx) |
| Plaintiff, | |
| vs. | **FINAL JUDGMENT** |
| CITY OF LOS ANGELES, a municipal entity; EFREN HUNTER; and DOES 1 through 25, inclusive, | [JS-6] |
| Defendants. | |

22
23
24
25
26
27
28

1   This action came on for Jury Trial in Courtroom 8D of the United States
2   District Court for the Central District of California, the Honorable Consuelo B.
3   Marshall, Judge Presiding.  The Plaintiff appeared by attorney, Peter M.
4   Williamson, and the Defendants appeared by attorney, Thomas C. Hurrell.

5   A jury of eight (8) persons was regularly impaneled and sworn and agreed to
6   try the cause.  Witnesses were sworn and testified.  After hearing the evidence and
7   arguments of counsel, the jury was duly instructed by the Court and the cause was
8   submitted to the jury with directions to return a special verdict.  The jury deliberated
9   and, thereafter, returned to court with its special verdict and the answers given
10  thereto by the jury.

11  In accordance with the jury's verdict in this matter (Dkt. 174), the Court,
12  pursuant to Federal Rule of Civil Procedure 58, enters this Final Judgment in favor
13  of Plaintiff and against Defendants.

14  It is hereby **ORDERED AND ADJUDGED** that Plaintiff Dillon Cullinan
15  shall have and recover from Defendants City of Los Angeles and Efrem Hunter
16  damages in the sum of $185,000.00 (One-Hundred and Eighty-Five Thousand
17  dollars) with interest thereon at the rate of ten percent (10%) per annum from the
18  date of the entry of judgment until paid together with recoverable costs and
19  attorney's fees pursuant to 42 U.S.C. § 1988 in a sum to be determined by the Court.

21  DATED: 10/2/24

The Honorable Consuelo B. Marshall
United States District Judge